UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE LUIS PACHECO AGUAS,
                Petitioner,                              25 civ 839 (JGK)

        -against-                                **MEMORANDUM AND ORDER**

KRISTI NOEM, et al.,
                Respondents.
-------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

      Counsel for the petitioner is directed to serve a copy of this order, together with a copy of the petition, on the United States Attorney for the Southern District of New York (the Government), who shall answer or move with respect to the petition for habeas corpus within sixty (60) days from the date of receipt of this order.

      The Government shall submit transcripts of all proceedings and any briefs submitted, and the record in any federal immigration proceedings.

      The petitioner shall reply to the Government's response shall be thirty (30) days after receipt of the Government's response.

**SO ORDERED.**

Dated: New York, New York
          February 3, 2025

                                                        JOHN G. KOELTL
                                         UNITED STATES DISTRICT JUDGE